IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CHARLES VANCE MOORE, JR., | * |
| Plaintiff, | * |
| v. | Case No. 4:19-CV-78-001 |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated September 21, 2020, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 21st day of September, 2020.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk