IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CHARLES VANCE MOORE, JR., | * |
| Plaintiff, | * |
| v. | Case No. 4:19-cv-78-CDL |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed January 27, 2021, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,205.62, $12.00 for paralegal fees, and $20.55 for mailing expenses, for a total amount of $8,238.17.

This 28th day of January, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk